## KANSAS CITY v. HYDE, Appellant.

(No. 2.)

Division One, May 30, 1906.

Appeal from Jackson Circuit Court.—*Hon. W. B. Teasdale,* Judge.

REVERSED AND REMANDED.

*Lathrop, Morrow, Fox & Moore* for appellant.

*Edwin C. Meservey* and *John H. Thacher* for respondent.

VALLIANT, J.—*In re* Oak Street. This is a twin case with that between the same parties *in re* Twenty-first street, *ante,* page 498, and the facts of this case are sufficiently stated in the opinion in that case. For the reasons given in the opinion in that case the judgment in this case is reversed and the cause remanded to the circuit court to be proceeded with according to the law as expressed in that opinion.

All concur.